**18IR-CR00248**

STATE OF MISSOURI     )
                      ) SS
COUNTY OF IRON        )

Recommended Bond $ _____
[ ] Cash Only
[ ] CASH OR SURETY

## IN THE CIRCUIT COURT OF IRON COUNTY, MISSOURI

STATE OF MISSOURI, )
    PLAINTIFF )
vs. )
CHRISTOPHER G KMIECIK, )
37 County Road 154 )
Annapolis, MO  63620 )
DOB: 08/08/1985 )
    DEFENDANT )

## COMPLAINT

Comes now Brian Parker, Prosecuting Attorney of IRON County, State of Missouri, upon information and belief, and charges, and states that there is probable cause to believe that on or about or between 07/22/2017 and 07/25/2017, the accused committed the following crime(s):

### COUNT I Missouri Charge Code: 565.073-003Y20171399. Domestic Assault - 2nd Degree

The defendant, in violation of Section 565.073, RSMo, committed the class D felony of domestic assault in the second degree, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about or between July 22, 2017 and July 25, 2017, in the county of Iron, State of Missouri, the defendant knowingly caused physical injury to Dena Kmiecik by knocking her out by punching her in the face with his fists, and Dena Kmiecik and defendant were family in that Dena Kmiecik and the defendant are married and have a child in common.

### COUNT II Missouri Charge Code: 565.120-002Y20171099. Kidnapping - 2nd Degree

The defendant, in violation of Section 565.120, RSMo, committed the class D felony of kdnapping in the second degree, punishable upon conviction under Sections 558.011 and 558.002, RSMo, in that on or about or between July 22, 2017 and July 25, 2017, in the County of Iron, State of Missouri, the defendant knowingly restrained Dena Kmiecik unlawfully and without consent so as to interfere substantially with her liberty and exposed her to a substantial risk of serious physical injury by threatening to kill her.

The facts that form the basis for this information and belief are contained in the attached statement of facts made apart hereof and are submitted as a basis upon which this Court may find the existence of probable cause.

WHEREFORE, the Prosecuting Attorney prays that an arrest warrant be issued as provided by law.

Respectfully Submitted,

_Brian Parker_
Brian Parker, Bar #58335
Prosecuting Attorney
COUNTY OF IRON, MISSOURI

The range punishment for a class D felony is imprisonment in the custody of the Missouri Department of Corrections for a term of years not to exceed seven (7) years; or by imprisonment for a special term not to exceed one (1) year in the county jail or other authorized penal institution; or by a fine not to exceed ten thousand dollars ($10,000); or by both imprisonment and a fine.  If money or property has been gained through the commission of the crime, any fine imposed may be not more than double the amount of the offender's gain for the commission of the crime up to a maximum of twenty thousand dollars ($20,000).

EXHIBIT "A"

Electronically Filed - Iron Circuit Division - August 27, 2018 - 03:18 PM